IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOREEN HULTEEN, et al.,

                Plaintiffs,

    v.

AT&T MANAGEMENT PENSION PLAN, et al.,

                Defendants.

NO. C01-1122 TEH

ORDER REQUIRING JOINT STATUS STATEMENT

This matter was reassigned to this Court following the order remanding the case for proceedings consistent with the United States Supreme Court's decision on appeal, *AT&T Corp. v. Hulteen*, 129 S. Ct. 1269 (2009). The parties shall meet and confer and file a joint statement on or before **July 31, 2009,** discussing the status of this case and whether any further proceedings before this Court are necessary. If, as it appears, this Court must only enter judgment consistent with the Supreme Court's decision, the parties shall submit a proposed judgment with their joint statement. If further proceedings are necessary, the Court will issue a further order following review of the joint statement.

**IT IS SO ORDERED.**

Dated: 07/16/09

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT