UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOREEN HULTEEN, et al.,

    Plaintiffs,

v.

AT&T MANAGEMENT PENSION PLAN, et al.,

    Defendants.

Case No. C 01 1122 TEH

**ORDER OF JUDGMENT**

Consistent with the Supreme Court's ruling in *AT&T Corp., et al, v. Hulteen, et al.*, 129 S. Ct. 1269 (2009), the Court hereby enters judgment in favor of defendants AT&T Corp., AT&T Management Pension Plan, AT&T Pension Plan, and the AT&T Employees' Benefit Committee, on the Title VII claims brought by plaintiffs Noreen Hulteen, Eleanora Collet, Linda Porter, Elizabeth Snyder, and Communications Workers of America, AFL-CIO, in this action. Furthermore, consistent with the district court opinion issued in August 2003, the Court hereby enters judgment in favor of defendants AT&T Corp., AT&T Management Pension Plan, AT&T Pension Plan, and the AT&T Employees' Benefit Committee, on the ERISA claims brought by plaintiffs Noreen Hulteen, Eleanora Collet, Linda Porter, Elizabeth Snyder, and Communications Workers of America, AFL-CIO, in this action.

**IT IS SO ORDERED.**

Dated: August  10 , 2009

            THELTON E. HENDERSON
            UNITED STATES DISTRICT COURT

ORDER OF JUDGMENT

HULTEEN, ET AL. v AT&T CORP., ET AL.
CASE NO. C 01 1122 MJJ